**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-1041**

_____

MICHAEL T. MASUOKA,

Plaintiff - Appellant,

versus

G.W. MURPHY CONSTRUCTION COMPANY,
INCORPORATED, Employer; ARGONAUT INSURANCE
COMPANY, INC., Insurance Carrier; JOHN AND
JANE DOES, Entities; DOES CORPORATION,
Entities; DOES PARTNERSHIP, Entities; JOHN AND
JANE DOES; GOVERNMENTAL ENTITIES,

Defendants - Appellees.

_____

**No. 04-1568**

_____

MICHAEL T. MASUOKA,

Plaintiff - Appellant,

versus

G.W. MURPHY CONSTRUCTION COMPANY,
INCORPORATED,

Defendant - Appellee,

and

ARGONAUT INSURANCE COMPANY, INC.; KENNETH T.
GOYA, Insurance Agent,

                                            Defendants.

────────────────

Appeals from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, James C.
Cacheris, District Judges.  (CA-02-1671; CA-00-829)

────────────────

Submitted:  November 17, 2004          Decided:  December 3, 2004

────────────────

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

────────────────

Affirmed by unpublished per curiam opinion.

────────────────

Michael T. Masuoka, Appellant Pro Se.  Mark David Crawford,
FRIEDLANDER, MISLER, SLOAN, KLETZKIN & OCHSMAN, PLLC, Washington,
D.C., for Appellees.

────────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Michael T. Masuoka appeals the district court's orders denying his various post-judgment motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Masuoka v. G.W. Murphy Constr. Co., Nos. CA-02-1671; CA-00-829 (E.D. Va. Dec. 2, 2003; filed Dec. 4 & entered Dec. 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED